# IN THE UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

| IN RE: | BANKRUPTCY CASE NUMBER |
|---|---|
| MUSINA S. MURRAY, DEBTOR | 15-31920 |

PURSUANT TO LOCAL RULE 9007-1, THIS MOTION WILL BE TAKEN UNDER ADVISEMENT BY THE COURT AND MAY BE GRANTED UNLESS A PARTY IN INTEREST FILES A RESPONSE WITHIN 21 DAYS OF THE DATE OF SERVICE. RESPONSES MUST BE SERVED UPON THE MOVING PARTY AND, IN THE MANNER DIRECTED BY LOCAL RULE 5005-1, FILED WITH THE CLERK ELECTRONICALLY OR BY U.S. MAIL ADDRESSED AS FOLLOWS: CLERK, U.S. BANKRUPTCY COURT, ONE CHURCH STREET, MONTGOMERY, AL 36104.

## TRUSTEE'S NOTICE OF SALE

Please take notice that Carly B. Wilkins, Trustee in the above-styled cause proposes to sell to B.P. Resources, LLC and/or assignees on or about December 10, 2019 the Trustee's beneficial interest in the Estate of Irving G. Gay, Sr., deceased, together with any rights as beneficiary to any insurance policy on the life of Irving G. Gay, Sr., of the Debtor in consideration of the payment of $34,500.00. In support of said sale, the Trustee would make known the following:

1. The Debtor, Musina Murray listed an interest in the Estate of Irving G. Gay, Sr., on her schedules.

2. B.P. Resources, LLC and/or assignees have offered $34,500 for the Debtor's interest in the above stated interest in the Estate of Irving G. Gay, Sr., and any life insurance policies pertaining to Irving G. Gay, Sr.

3. In the event the proposed sale to B.P. Resources, LLC and/or assignees is not successful, and the estate's interest is sold to another individual or third party, B.P. Resources, LLC and/or assignees would be entitled to receive 10% of the offer price, or $3,450, as a "breakup fee" to compensate them from their due diligence in researching the estate's interest on behalf of the estate and themselves.

4. The Trustee believes that this sale is in the best interest of the Estate.

THEREFORE, unless objections to said sale are filed with the Bankruptcy Court and served on the Trustee no later than December 9, 2019, the Trustee will sell the interest described hereinabove pursuant to this notice of sale.

**RESPECTFULLY SUBMITTED** this the 15th day of November, 2019.

/s/ Carly B. Wilkins
Carly B. Wilkins (BRO270)
Trustee
560 South McDonough Street, Ste. A
Montgomery, Alabama 36104
Telephone   334-269-0269
Fax         334-323-5666
cwilkins@cbwlegal.com

## CERTIFICATE OF SERVICE

This is to certify that I have this day placed a copy of the above and foregoing Notice of Sale by electronic transmission and/or by placing a copy in the United States Mail with sufficient postage for first class delivery to the Bankruptcy Administrator, Debora Palmer, counsel for Debtor and all creditors as listed on the creditors matrix.

**DONE** this the 15th day of November, 2019.

/s/ Carly B. Wilkins
Carly B. Wilkins (BR0270)
Trustee
560 South McDonough Street, Ste. A
Montgomery, Alabama 36104
Telephone 334-269-0269
Fax 334-323-5666
cwilkins@cbwlegal.com