UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re  Case No. 15–31920
 Chapter 7
Musina S Murray ,

    Debtor.

# ORDER

This case is before the court on the following matter:

*81* – Rule 9007 Motion/Notice/Objection: Motion to Use, Sell, or Lease Filed by Trustee . filed by Carly B Wilkins on behalf of Carly B Wilkins. Responses due by 12/9/2019. (Wilkins, Carly)

It appears that notice has been given pursuant to L.B.R. 9007–1, Bankr. M.D. Ala., and that no response has been filed. Accordingly, it is

**ORDERED,** that the motion is **GRANTED** according to the terms stated.

Dated December 12, 2019

Bess M. Parrish Creswell
United States Bankruptcy Judge