UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re                                                                                          Case No. 15-31920-BPC
                                                                                               Chapter 7
MUSINA S. MURRAY,

    Debtor.

## ORDER

    Debtor filed a Motion to Clarify Order (Doc. 109). Specifically, Debtor requested to confirm whether certain property was included in the December 12, 2019 Order (Doc. 82) related to Trustee's Notice of Sale (Doc. 81). The Notice of Sale stated that Trustee intended to sell "Trustee's beneficial interest in the Estate of Irving G. Gay, Sr., deceased, together with any rights as beneficiary to any insurance policy on the life of Irving G. Gay, Sr. of the Debtor in consideration of the payment of $34,500.00." (Doc. 81). Trustee's Notice provided an objection deadline of December 9, 2019 and the December 12, 2020 Order Granting Trustee's Motion to Use, Sell, or Lease entered after no response was filed.

    Debtor's Motion to Clarify came on for hearing on August 4, 2020. In accordance with the ruling from the bench in open court, it is hereby

    ORDERED that Debtor's motion is GRANTED. As no responses were filed to Trustee's Notice, an Order (Doc. 82) entered approving the sale of the beneficial interest in the decedent's estate together with any rights as beneficiary to any insurance policy.

    Done this 4th day of August, 2020.

Bess M. Parrish Creswell
United States Bankruptcy Judge

c:    Debtor
       Debora Palmer, Attorney for Debtor
       Carly B. Wilkins, Trustee